```
THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
VICTOR A. RODGERS
California Bar No. 101281
Assistant United States Attorney
Asset Forfeiture Section
     Federal Courthouse, 14th Floor
     312 North Spring Street                    JS-6
     Los Angeles, California 90012
     Telephone:  (213) 894-2569
     Facsimile:  (213) 894-7177
     E-mail: Victor.Rodgers@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> $102,380.00 IN U.S. ) <br> CURRENCY AND ONE 2007 ) <br> CADILLAC ESCALADE, ) <br> ) <br> Defendants. ) <br> _____) <br> ) <br> VICTOR JAVIER SERRANO ) <br> GALVAN, ) <br> ) <br> Claimant. ) <br> _____) | No. CV 07-05707 ODW(AJWx) <br><br> [~~PROPOSED~~] <br><br> **CONSENT JUDGMENT OF FORFEITURE** |

On or about August 31, 2007, plaintiff United States of America ("the United States of America") filed a Complaint for Forfeiture alleging that the defendant $102,380.00 in U.S. Currency (the "defendant currency") is subject to forfeiture pursuant to 18

U.S.C. § 981(a)(1)(C) and 21 U.S.C. § 881(a)(6), and the defendant One 2007 Cadillac Escalade is subject to forfeiture pursuant to 21 U.S.C. § 881(a)(4).  The defendant currency and the defendant One 2007 Cadillac Escalade are hereinafter referred to collectively as "defendants."

Claimant Victor Javier Serrano Galvan filed a verified claim to the defendants on or about October 19, 2007 and an answer to the Complaint on or about October 22, 2007.  No other parties have appeared in this case, and the time for filing claims and answers has expired.

The parties have now agreed to settle this action and to avoid further litigation by entering into this Consent Judgment of Forfeiture.

The Court having been duly advised of and having considered the matter, and based upon the mutual consent of the parties hereto,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1.   This Court has jurisdiction over the subject matter of this action and the parties to this Consent Judgment of Forfeiture.

2.   The Complaint for Forfeiture states a claim for relief pursuant to 18 U.S.C. § 981(a)(1)(C) and 21 U.S.C. §§ 881(a)(4) & (6).

3.   Notice of this action has been given as required by law.  No appearances have been made in this case by any person other than claimant Victor Javier Serrano Galvan.  The Court deems that all other potential claimants admit the allegations of the Complaint for Forfeiture to be true.

/ / /

1   4.   The sum of $2,500.00 only (without interest) shall be
2 returned to claimant Victor Javier Serrano Galvan.  The remainder
3 of the defendant currency, plus the interest earned by the United
4 States of America on the entire defendant currency, shall be
5 condemned and forfeited to the United States of America.  In
6 addition, the defendant One 2007 Cadillac Escalade shall be
7 condemned and forfeited to the United States of America.  The
8 United States Marshals Service is ordered to dispose of the items
9 forfeited to the United States of America in accordance with law.
10   6.   The funds to be returned to claimant Victor Javier
11 Serrano Galvan pursuant to paragraph 5 shall be forwarded by check
12 made payable to "Victor Javier Serrano Galvan" and shall be mailed
13 to John R. Cogorno, Esq., Attorney at Law, 14121 Beach Boulevard,
14 Westminister, California 92683.
15   7.   Claimant Victor Javier Serrano Galvan hereby releases the
16 United States of America, its agencies, agents, officers, employees
17 and representatives, including, without limitation, all agents,
18 officers, employees and representatives of the Drug Enforcement
19 Administration and the Department of Justice and their respective
20 agencies, as well as all agents, officers, employees and
21 representatives of any state or local governmental or law
22 enforcement agency involved in the investigation or prosecution of
23 this matter, from any and all claims, actions, or liabilities
24 arising out of or related to this action, including, without
25 limitation, any claim for attorney fees, costs, and interest, which
26 may be asserted by or on behalf of claimant Victor Javier Serrano
27 Galvan, whether pursuant to 28 U.S.C. § 2465 or otherwise.
28 / / /

8. The Court finds that there was reasonable cause for the seizure of the defendants and institution of these proceedings. This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

9. The Court further finds that claimant Victor Javier Serrano Galvan did not substantially prevail in this action, and each of the parties hereto shall bear its own attorney fees and costs.

10. The parties have agreed that they have entered into this consent judgment of forfeiture in order to resolve claims which are denied and contested. Nothing contained in this consent judgment of forfeiture shall be construed as an admission by any party hereto of any kind to any other party.

DATED: June 5, 2008

_____
THE HONORABLE OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE

<u>CONSENT</u>

The parties hereto consent to the above consent judgment of forfeiture and waive any right of appeal.

DATED: June 2, 2008
THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

<u>/s/ Victor A. Rodgers</u>
VICTOR A. RODGERS
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

DATED: June 2, 2008
B. JAMES PANTONE
DIMARCO, ARAUJO & MONTEVIDEO

JOHN R. COGORNO
Attorney at Law

<u>/s/ John R. Cogorno</u>
JOHN R. COGORNO

Attorneys for Claimant
VICTOR JAVIER SERRANO GALVAN

5